

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION – CIVIL ACTIONS BRANCH**
**500 INDIANA AVENUE NW, Room 5000**
**WASHINGTON, DC 20001**

**Date:**   **10/26/2023**

The Honorable Angela Caesar, Clerk
United States District Court for the District of Columbia
3rd and Constitution Avenue, Washington, D.C. 20001

**In Re:**             **Lillian R Johnson v. Jesse Hooks**

■

**Civil Action Number:** **2023-CAB-005836**

**U.S. District Number:** **1:23-cv-03045**

Dear Ms. Angela Caesar:

    Transmitted herewith are all of the pleadings filed in the above captioned case pursuant to a Petition for Removal Filed in the District of Columbia Superior Court on **10/13/2023** . A certified copy of the docket entries is also enclosed.

    Please acknowledge receipt of our file on a duplicate copy of this letter, and return it to this Court.

        Sincerely,

        Joy Jefferson, Branch Chief
        Civil Actions Branch

**Completed By:** Antonia Taylor
_____

# CASE SUMMARY
## CASE NO. 2023-CAB-005836

| Lillian R Johnson v. Jesse Hooks | § | | |
|---|---|---|---|
| | § | Location: | **Civil Actions** |
| | § | Judicial Officer: | **Dayson, Danya A** |
| | § | Filed on: | **09/21/2023** |
| | § | U.S. District Court Case Number: | **1:23-cv-03045** |

### CASE INFORMATION

**Statistical Closures**

| | | |
|---|---|---|
| 10/26/2023 | Notice of Removal to USDC | |
| 10/16/2023 | Dismissed by Court | |

Case Type: **Tort**
Subtype: **Assault/Battery**

Case Status: **10/26/2023   Closed**

Case Flags: **Fee Waiver**
**Johnson, Lillian R**

### CASE ASSIGNMENT

| DATE | | |
|---|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2023-CAB-005836 |
| Court | Civil Actions |
| Date Assigned | 09/21/2023 |
| Judicial Officer | Dayson, Danya A |

A TRUE TEST COPY
**Clerk, Superior Court of**
**the District of Columbia**
By: **A.Taylor**
**Deputy Clerk**
Date: October 26, 2023

### PARTY INFORMATION

| **Plaintiff** | **Johnson, Lillian R** |
|---|---|
| **Defendant** | **Hooks, Jesse** |

### EVENTS & ORDERS OF THE COURT

| DATE | |
|---|---|

## EVENTS

| 10/26/2023 | Case Closed. Notice of Removal. Notices Mailed |
|---|---|
| 10/26/2023 | Notice of Removal Processed and Forwarded to USDC |
| 10/13/2023 | Notice of Removal to US District Court *Notice of Removal of a Civil Action* Docketed on: 10/16/2023 Party: Defendant Hooks, Jesse |
| 10/13/2023 | Affidavit/Declaration of Service of Summons and Complaint Docketed On: 10/13/2023 Filed By: Plaintiff Johnson, Lillian R Served On: Defendant Hooks, Jesse |
| 09/25/2023 | Notice |
| 09/25/2023 | Order Filed and Entered on Docket (Judicial Officer: Mitchell-Rankin, Zinora ) *scheduling order* Signed on: 09/22/2023 |
| 09/21/2023 | Initial Order [Remote] (Judicial Officer: Dayson, Danya A ) |
| 09/21/2023 | Appl. to Proceed w/o Prepayment of Cost Granted by Clerk |
| 09/21/2023 | Motion for Temporary Restraining Order Filed (Judicial Officer: Mitchell-Rankin, Zinora ) Docketed on: 09/21/2023 Filed by: Plaintiff Johnson, Lillian R |
| 09/21/2023 | |

CASE SUMMARY

# CASE SUMMARY

## CASE NO. 2023-CAB-005836

|  |  |
|---|---|
| | Appl. to Proceed w/o Prepayment of Cost Filed |
| | Docketed On: 09/21/2023 |
| | Filed By: Plaintiff Johnson, Lillian R |
| 09/21/2023 | Complaint Filed |
| | Docketed on: 09/21/2023 |
| | Filed by: Plaintiff Johnson, Lillian R |

## HEARINGS

| 01/05/2024 | *CANCELED* **Remote Initial Scheduling Conference** (9:30 AM) (Judicial Officer: Dayson, Danya A ;Location: Courtroom 415) |
| | *Vacated* |
| 10/16/2023 | **Virtual Offsite Hearing on Temporary Restraining Order** (9:30 AM) (Judicial Officer: Judge In, Chambers ;Location: Courtroom 400) |
| | Held and Completed; |
| | Journal Entry Details: |
| | *Courtsmart JIC 400/webex Remote. The plaintiff appeared for the scheduled hearing. The court dismissed this case in it's entirety. The matter is removed to US District Court 23-3045-cv, both parties are Federal employees. All future dates are cancelled. Order to be submitted by chambers and mailed to plaintiff. AR;* |
| | *Held and Completed* |

| DATE | FINANCIAL INFORMATION |
|---|---|

| | |
|---|---|
| **Plaintiff** Johnson, Lillian R | |
| Total Charges | 140.00 |
| Total Payments and Credits | 140.00 |
| **Balance Due as of 10/26/2023** | **0.00** |

*Printed on 10/26/2023 at 9:41 AM*

eFiled
10/13/2023 11:49:23 AM
Superior Court
of the District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

LILLIAN R. JOHNSON,

Plaintiff,

v.

JESSE HOOKS,

Defendant.

No. 2023 CAB 005836
Judge Dayson

## NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

To:   LILLIAN R. JOHNSON
      801 Sligo Ave., #403
      Silver Spring, MD 20910

PLEASE TAKE NOTICE that on October 13, 2023, Defendant the United States of America, through undersigned counsel, filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal of the above-captioned civil action, pursuant to 28 U.S.C. § 1442(a)(1), the Westfall Act, 28 U.S.C. § 2679(d)(2), and 28 U.S.C. § 1446. Accordingly, the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." *See* 28 U.S.C. §1446(d). A copy of the Notice of Removal is enclosed herewith.

\*   \*   \*

Dated: October 13, 2023
      Washington, DC

                       Respectfully submitted,

                       MATTHEW M. GRAVES, D.C. Bar #481052
                       United States Attorney

                       BRIAN P. HUDAK
                       Chief, Civil Division

                       By: */s/ Anna D. Walker*
                           ANNA D. WALKER
                           Assistant United States Attorney
                           601 D Street, NW
                           Washington, DC 20530
                           (202) 252-2544

                       *Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LILLIAN R. JOHNSON,
801 Sligo Ave., #403
Silver Spring, MD 20910

        Plaintiff,

    v.

UNITED STATES OF AMERICA,
c/o U.S. Attorney's Office
601 D Street, NW
Washington, DC 20530,

        Defendant.

Civil Action No. 23-3045

## <u>NOTICE OF REMOVAL OF A CIVIL ACTION</u>

Pursuant to 28 U.S.C. § 1442(a)(1), the Westfall Act, 28 U.S.C. § 2679(d)(2), and 28 U.S.C. § 1446, Defendant the United States of America ("United States"), by and through undersigned counsel, hereby files this Notice of Removal ("Notice"). In support of this Notice, the following facts are relied upon.

1.    The United States is in receipt of a Complaint in the case LILLIAN R. JOHNSON v. UNITED STATES OF AMERICA, filed in the Civil Division of the Superior Court of the District of Columbia (the "Civil Action") on September 21, 2023. The U.S. Attorney's Office has not yet been served with process in this matter. A copy of the Complaint and other court filings from the Superior Court of the District of Columbia is attached hereto as Exhibit A.

2.    The Complaint states common law tort claims and initially named JESSE HOOKS ("Hooks") as defendant.

3.    Thereafter, the United States certified that Hooks was acting, or would have been acting, within the scope of his official duties during the events alleged in Complaint, which caused

the United States to be automatically substituted for Hooks.  *See* 28 U.S.C. § 2679(d)(2); Westfall

Cert. (Ex. B hereto).

4.     Based on the United States' certification, the Westfall Act affords that the civil

action "shall be removed without bond at any time before trial by the Attorney General to the

district court of the United States for the district and division embracing the place in which the

action or proceeding is pending." 28 U.S.C. § 2679(d)(2).

5.     A notice of filing this Notice of Removal will be filed in the Superior Court of the

District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia

is properly removed to this Court pursuant to 28 U.S.C. § 1442(a)(1), the Westfall Act, 28 U.S.C.

§ 2679(d)(2), and 28 U.S.C. § 1446.

Dated: October 13, 2023
       Washington, DC

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES, D.C. Bar #481052
                                          United States Attorney

                                          BRIAN P. HUDAK
                                          Chief, Civil Division


                                          By: _____ */s/ Anna D. Walker*_____
                                                ANNA D. WALKER
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, DC 20530
                                                (202) 252-2544

                                          *Attorneys for the United States of America*



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

FILED
CIVIL DIVISION
SEP 21 2023
Superior Court of the
District of Columbia

Case No.    2 0 2 3    5 8 3 6

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Lillian R. Johnson
PLAINTIFF                                    vs

801 Sligo Ave    Apt # 403
Address (No Post Office Boxes)

Silver Spring    MD    20910
City    State    Zip Code

207-807-9348
Telephone Number

JLillian coe gmail.com
Email Address (optional)

Jesse Hooks
DEFENDANT

2 Massachusetts Ave
Address (No Post Office Boxes)

Washington DC    20002
City    State    Zip Code

202 633 5550 / 202 633 4835
Telephone Number

Hooksj@si.edu
Email Address (optional)

1.  Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

7/18/2023 at approximately 6:15pm I was assaulted by Mr. Hooks in the break room, OFF camera, while he had his weapon on he yelled at me & pushed the table on my leg. In March or April of 2023 Mr Hooks assaulted me with his weapon on he pushed me in front of two collegues, I almost fell but I caught myself at approximately 11:43pm.

2.  What relief are you requesting from the Court? Include any request for money damages.

I am Requesting a restraining order on Jesse Hooks Because, I have told my union, my HR Department, and managers that he assaulted me & they continue to put us on the same schedule (creating a hostile work environment) I have filed a police report on Jesse Hooks for assaulting me & I do not feel safe being around a man, who is older, has a higher rank at work, carries a weapon, & pushes me at work.

3. State any other information, of which the Court should be aware:

The court should be AWARE that I have filed a police report, I Do not feel safe returning to work I keep calling out Because management will not Stop putting him near me, and I want to feel safe; i go to work. It is also in Mr. Hooks work record that he has done Similar assaults to 3 other woman at work; nothing was done about it. I do not want to Be the 4th woman, who does not get any help Please grant me a Restraining order.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

**DATE**  9/21/2023

Subscribed and sworn to before me this _____ 21 _____ day of Sept 2023

(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
CIVIL DIVISION
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

Lillian R. Johnson
_____
Plaintiff

vs.

Case Number 2023 5036

Jesse Hooks
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Lillian Johnson
_____
Name of Plaintiff's Attorney

801 Sligo Ave  # 403
_____
Address

Silver Spring  MD  20910
_____

Telephone
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시오     የትርጉም አገልግሎት ከፈለጉ (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]

Super. Ct. Civ. R. 4



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                        Demandante

contra

                                        Número de Caso: _____

_____
                        Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                        Por: _____
_____                    Subsecretario
Dirección

_____

                        Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을원하시면(202)879-4828 로전화주십시오       የአማርኛ ትርጉም አስፈላጊ ከሆነ (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                        Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH

### INFORMATION SHEET   **2 0 2 3     5 8 5 6**

_Lillian Johnson_
Plaintiff(s)

Case Number: _____

vs

Date: ___ 9/ 21 /2023 ___

_Jesse Hooks_
Defendant(s)

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| Telephone No.:          DC Bar No.: | ☐ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury   ☐ 6 Person Jury   ☐ 12 Person Jury
Demand: $ _____          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar #:_____

---

NATURE OF SUIT:   *(Check One Box Only)*

**CONTRACT**
☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**
☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**
☐ Condo/Homeowner Assn. Foreclosure
☐ Declaratory Judgment
☐ Drug Related Nuisance Abatement
☐ Ejectment
☐ Eminent Domain
☐ Interpleader
☐ Other
☐ Quiet Title
☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**
☐ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**
☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☑ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☐ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

☐ **TRAFFIC ADJUDICATION APPEAL**

☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

9/21/2023
Date

CV-496/February 2023

FILED
CIVIL DIVISION
SEP 21 2023
Superior Court of the
District of Columbia



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

2023   5856

Case No. _____

## MOTION FOR RESTRAINING ORDER

☑ **TEMPORARY RESTRAINING ORDER**
An emergency order that lasts 14 days

☑ **PRELIMINARY INJUNCTION**
An emergency order that lasts until trial

_Lillian Johnson_
**PLAINTIFF**

vs

_Jesse Hooks_
**DEFENDANT**

_801 Sligo Ave    #403_
**Address (No Post Office Boxes)**

_2 Massachusetts Avenue_
**Address (No Post Office Boxes)**

_Silver Spring  MD    20910_
**City          State       Zip Code**

_Washington  DC    20002_
**City          State       Zip Code**

_202-807-9748_
**Telephone Number**

_202 633 5550 / 202 633 4835_
**Telephone Number**

_JLillian00@gmail.com_
**Email Address (optional)**

_Hooksj@si.edu_
**Email Address (optional)**

1. Is there an emergency? If yes, what is the nature of that emergency? Include facts, name(s), and location(s):

   _Yes! I work with loaded weapons and I am being pushed_
   _and assaulted by my sergeant. I do not want to get hurt_
   _with a gun or assaulted by him again. He has already used_
   _his body & a table to assault me. I do not want to give him_

2. Plaintiff requests that the Court order the Defendant(s) to: _another opportunity to assault me_

   _I the plaintiff am requesting that the court_
   _order the defendant Jesse Hooks to stay_
   _away from me and do not contact me._
   _We work in two separate buildings that rotate_

Form CA-3073 [Rev. Nov. 2017]                    1                    Super. Ct. Civ. R. 65

*The following questions are optional and can be helpful to the Court.*

A.  What is the relationship between Plaintiff and Defendant?

☐ Landlord & Tenant                          ☐ Family

☐ Dating relationship or child in common     ☐ Friends or former friends

☐ Neighbors                                  ☐ No relationship

☑ Co-Workers                                 ☐ Other (explain):

_____

_____

_____

_____

B.  Were the police contacted about the incident?

☑ Yes                                        ☐ No

C.  Was anyone arrested?

☐ Yes                                        ☑ No

If yes, provide the name of the individual(s) arrested:

_____

_____

D.  Are there any **prior** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

☐ Yes                                        ☑ No

If yes, provide the case number(s) and location of the other court(s):

_____

_____

_____

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Lillian Johnson          *Plaintiff*

vs.

Jesse Hooks              *Defendant*

Case No. **2023 5836**

and I cannot predict when they will schedule us in the buildings. Please have Jesse Hooks stay away from me at the Anacostia Museum and at the National Postal museum. Please keep him away from me at all Smithsonian Museums

E.  Are there any **ongoing** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

☐ Yes                                  ☑ No

If yes, provide the case number(s) and location of the other court(s):

_____

_____

F.  Is there a written or oral lease agreement between Plaintiff and Defendant?

☐ Yes                                  ☑ No

G.  Is there an eviction pending?

☐ Yes                                  ☑ No

If yes, provide the eviction date and explain:

_____

_____

H.  Does this case involve a foreclosure?

☐ Yes                                  ☑ No

If yes, explain the status of the case:

_____

_____

_____

I.  Does this case involve students attending the same school?

☐ Yes                                  ☑ No

If yes, explain:

_____

_____

_____

3

State any other information, of which the Court should be aware:

I am in an Extremely Toxic work environment, where my coworkers fight with weapons on, in a room full of weapons (called the arms room), where women are sexually assaulted, where workers are harrassed; nothing gets done about it! Please grant me a ~~restrainig~~ restraining order and help at least one person be protected from this toxic environment, I am already being assaulted; forced to work with him.

**SIGNATURE**

_____          9/21/2023
**SIGNATURE**                             **DATE**

## CERTIFICATE OF SERVICE

On _____, 20___, I mailed this motion to all the lawyers in the case, the Plaintiff(s) and the Defendant(s) who do not have lawyers, as listed below:

| Name: Lillian Johnson | Name: |
|---|---|
| Address: 801 Sligo Ave # 403 | Address: |
| Silver Spring, MD 20910 | |

_____          9/21/2023
**SIGNATURE**                             **DATE**

## POINTS AND AUTHORITIES

What legal basis – laws, regulations, court rules or decisions – do you want the judge to consider?

_____

_____

_____

_____          _____
**SIGNATURE**                             **DATE**

4



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Case No. _____

PLAINTIFF _____     vs     DEFENDANT _____

## ORDER

Upon consideration of the motion for:

☑ **TEMPORARY RESTRAINING ORDER**

☑ **PRELIMINARY INJUNCTION**

☐ _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this_____

day of _____ , 20_____

   **ORDERED:**

   (1) That the motion be, and it is hereby,   ☐ **GRANTED**     ☐ **DENIED**

   (2) That _____

_____

_____

_____

_____

_____

_____

_____

Copies to:

_____
**Judge**

Form CA-7 –545 [Rev. Nov. 2017]                    1



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Jesse Hooks
2 Massachusetts Ave
Washington DC  20002

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Lillian R Johnson v. Jesse Hooks

**To:**   Jesse Hooks                    **Case Number:**    2023-CAB-005836

### NOTICE OF VIRTUAL OFFSITE HEARING ON TEMPORARY RESTRAINING ORDER

Your case is scheduled for a(n) **Virtual Offsite Hearing on Temporary Restraining Order** on **10/16/2023** at **9:30 AM** in **Remote Courtroom 400**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
   Link: dccourts.webex.com/meet/ctb400
   Meeting ID: 129 339 7379
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
   Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸው የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤት ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩውን የጸሀፊ ቢሮ (ክለርክ'ስ አፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።



Superior Court of the District of Columbia
Civil Division - Civil Actions Branch
500 Indiana Ave NW, Room 5000, Washington DC 20001
202-879-1133 | www.dccourts.gov

First Class Mail
U. S. Postage Paid
Washington, D.C.
Permit No. 1726

Jesse Hooks
2 Massachusetts Ave
Washington DC  20002

You are named in a lawsuit filed in the Superior Court of the District of Columbia. If you cannot appear at the hearing, please contact the Clerk's Office immediately for more information. If Plaintiff does not participate, the case may be dismissed. If Defendant does not participate, default or judgment may be entered.

For case information, please contact the Civil Actions Branch Clerk's Office by phone at 202-879-1133 or by live chat at https://www.dccourts.gov/services/civil-matters/requesting-over-10k.

To access your case information online, please visit www.dccourts.gov/services/cases-online.

**Case Caption:**   Lillian K Johnson v. Jesse Hooks

**To:**   Jesse Hooks                              **Case Number:**    2023-CAB-005836

**NOTICE OF REMOTE INITIAL SCHEDULING CONFERENCE**

Your case is scheduled for a(n) **Remote Initial Scheduling Conference** on **01/05/2024** at **9:30 AM** in **Remote Courtroom 415**.

The remote hearing will be held via Webex. To join the hearing, follow the below instructions.

**To Join by Computer, Tablet, or Smartphone:**
1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.
    Link: dccourts.webex.com/meet/ctb415
    Meeting ID: 129 314 3475
2) Click "**Join Meeting**". You may be placed in the lobby until the courtroom clerk gives you access to the hearing.

**OR To Join by Phone:**
1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
    Enter the Webex Meeting ID shown above followed by "##"

**Resources and Contact Information:**
1) For best practices on how to participate in Webex Meetings, click here www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch at 202-879-1133.
4) To change your method of hearing participation, visit www.dccourts.gov/hearing-information for instructions and forms.

## ACCESSIBILITY AND LANGUAGE ACCESS

**Persons with Disabilities:**

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov. The D.C. Courts does not provide transportation service.

**Interpreting and Translation Services:**

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

**Servicios de interpretación y traducción:**

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

**የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች:**

የዲሲ ፍርድ ቤቶች መስማት ለተሳናቸውው የእንግሊዝኛ ቋንቋ ተናጋሪ ለልሆነ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባል። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባከዎን በመዝገብዎ የተዘረዘሩን የጽሀፊ ቢሮ (ክለርክ'ስ አፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ።

የቋንቋ ተደራሽነት ለዲሲ ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

LILLIAN R. JOHNSON,

                    Plaintiff,

             v.                                                    No. 2023 CAB 005836

UNITED STATES OF AMERICA,

                    Defendant.

## WESTFALL CERTIFICATION

    I, Brian P. Hudak, Chief of the Civil Division of the United States Attorney's Office for

the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue

of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and most recently re-

delegated to me on June 29, 2022, hereby certify that I have read the complaint in the above-

captioned action, and on the basis of the information currently available to me with respect to the

incidents alleged therein, I find that Jesse Hooks was acting within the scope of his employment

as an employee of the United States of America at the time of the alleged incidents.

Dated: October 12, 2023

                                      Digitally signed by BRIAN
                                      HUDAK
                                      Date: 2023.10.12 21:04:23
                                      -04'00'

BRIAN P. HUDAK
Chief, Civil Division
U.S. Attorney's Office for the District of Columbia

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this October 13, 2023, the foregoing was caused to be

served on Plaintiff via email and first-class mail post prepaid to:

> LILLIAN R. JOHNSON
> 801 Sligo Ave., #403
> Silver Spring, MD 20910
> JLillian00@gmail.com

> By: */s/ Anna D. Walker*
> ANNA D. WALKER
> Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this October 13, 2023, the foregoing was caused to be

served on Plaintiff via email and first-class mail post prepaid to:

LILLIAN R. JOHNSON
801 Sligo Ave., #403
Silver Spring, MD 20910
JLillian00@gmail.com


By: /s/ *Anna D. Walker*
ANNA D. WALKER
Assistant United States Attorney



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL DIVISION
SEP 21 2023
Superior Court of the
District of Columbia

Case No.   2 0 2 3   5 8 3 6

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

Lillian R. Johnson
**PLAINTIFF**                                    vs   Jesse Hooks
                                                      **DEFENDANT**

801 Sligo Ave  Apt # 403                          2 Massachusetts Ave
**Address (No Post Office Boxes)**                **Address (No Post Office Boxes)**

Silver Spring  MD  20910                          Washington  DC  20002
**City      State      Zip Code**                **City      State      Zip Code**

207-807-9348                                      202 633 5550 / 202 633 4835
**Telephone Number**                              **Telephone Number**

JLillian00@gmail.com                              Hooksj@si.edu
**Email Address (optional)**                      **Email Address (optional)**

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

   7/18/2023 at approximately 6:15pm I was assaulted by Mr. Hooks in the break room, OFF CAMERA, while he had his weapon on he yelled at me & pushed the table on my leg. In March or April of 2023 Mr. Hooks assaulted me with his weapon on he pushed me in front of two colleges, I almost fell but I caught myself at approximately 11:43pm.

2. What relief are you requesting from the Court? Include any request for money damages.

   I am requesting a restraining order on Jesse Hooks because, I have told my union, my HR Department, and managers that He assaulted me & they continue to put us on the same schedule (creating a Hostile work environment) I have filed a police report on Jesse Hooks for assaulting me & I do not feel safe being around a man, who is older, has a higher rank at work, carries a weapon, & pushes me at work.

Form CA-3074 [Rev. Nov. 2017]                1                Super. Ct. Civ. R. 3

3.  State any other information, of which the Court should be aware:

The court should be AWARE that I have filed a police report, I Do not feel safe returning to work I keep calling out Because management will not Stop putting him near me, and I want to feel Safe i go to work. It is also in Mr. Hooks work record that he has done Similar assaults to 3 other women at work, nothing was done about it. I do not WANT to Be the 4th woman, who does not get any help Please grant me a Restraining order.

**SIGNATURE**

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

**DATE** 9/21/2023

Subscribed and sworn to before me this _____ 21 _____ day of _____ Sept _____ 2023

(Notary Public/Deputy Clerk)

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Lillian R. Johnson
_____
                        Plaintiff
            vs.

Case Number **2023 5036**

Jesse Hooks
_____
                        Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Lillian Johnson
_____
Name of Plaintiff's Attorney

801 Sligo Ave  # 403
_____
Address
Silver Spring MD 20910
_____

_____
Telephone
如需翻译, 请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction
번역을 원하시면, (202)879-4828로 전화주십시오.      ተስማሚ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
                        Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information about places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                        Super. Ct. Civ. R. 4





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
**Sección de Acciones Civiles**
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante
          contra

                                                    Número de Caso: _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por: _____

_____
Dirección                                              Subsecretario

_____
                                    Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을원하시면(202)879-4828 로전화주십시오      የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                              Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH
### INFORMATION SHEET  2023  5836

Lillian Johnson
*Plaintiff(s)*

Case Number: _____

vs

Date: __9/ 21 /2023__

Jesse Hooks
*Defendant(s)*

☐ One of the defendants is being sued
in their official capacity.

| Name: *(Please Print)* | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| | ☐ Self (Pro Se) |
| Telephone No.:          DC Bar No.: | ☐ Other: _____ |

TYPE OF CASE:   ☐ Non-Jury   ☐ 6 Person Jury   ☐ 12 Person Jury

Demand: $_____          Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar #:_____

---

**NATURE OF SUIT:**     *(Check One Box Only)*

**CONTRACT**
- ☐ Breach of Contract
- ☐ Breach of Warranty
- ☐ Condo/Homeowner Assn. Fees
- ☐ Contract Enforcement
- ☐ Negotiable Instrument

**COLLECTION/INS. SUB**
- ☐ Debt Collection
- ☐ Insurance Subrogation
- ☐ Motion/Application for Judgment by Confession
- ☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**
- ☐ Breach of Contract
- ☐ Discrimination
- ☐ Wage Claim
- ☐ Whistle Blower
- ☐ Wrongful Termination

**REAL PROPERTY**
- ☐ Condo/Homeowner Assn. Foreclosure
- ☐ Declaratory Judgment
- ☐ Drug Related Nuisance Abatement
- ☐ Ejectment
- ☐ Eminent Domain
- ☐ Interpleader
- ☐ Other
- ☐ Quiet Title
- ☐ Specific Performance

- ☐ **FRIENDLY SUIT**
- ☐ **HOUSING CODE REGULATIONS**
- ☐ **QUI TAM**
- ☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**
- ☐ Administrative Search Warrant
- ☐ App. for Entry of Jgt. Defaulted Compensation Benefits
- ☐ Enter Administrative Order as Judgment
- ☐ Libel of Information
- ☐ Master Meter
- ☐ Petition Other

- ☐ Release Mechanics Lien
- ☐ Request for Subpoena

**MALPRACTICE**
- ☐ Medical – Other
- ☐ Wrongful Death

**AGENCY APPEAL**
- ☐ Dangerous Animal Determination
- ☐ DCPS Residency Appeal
- ☐ Merit Personnel Act (OEA)
- ☐ Merit Personnel Act (OHR)
- ☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

---

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- ☐ Currency
- ☐ Other
- ☐ Real Property
- ☐ Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- ☐ Birth Certificate Amendment
- ☐ Death Certificate Amendment
- ☐ Gender Amendment
- ☐ Name Change

**TORT**
- ☐ Abuse of Process
- ☑ Assault/Battery
- ☐ Conversion
- ☐ False Arrest/Malicious Prosecution
- ☐ Libel/Slander/Defamation
- ☐ Personal Injury
- ☐ Toxic Mass
- ☐ Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- ☐ Accounting
- ☐ Deceit (Misrepresentation)
- ☐ Fraud
- ☐ Invasion of Privacy
- ☐ Lead Paint
- ☐ Legal Malpractice
- ☐ Motion/Application Regarding Arbitration Award
- ☐ Other - General Civil

- ☐ Product Liability
- ☐ Request for Liquidation
- ☐ Writ of Replevin
- ☐ Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- ☐ Asbestos

**MORTGAGE FORECLOSURE**
- ☐ Non-Residential
- ☐ Residential

**STATUTORY CLAIM**
- ☐ Anti – SLAPP
- ☐ Consumer Protection Act
- ☐ Exploitation of Vulnerable Adult
- ☐ Freedom of Information Act (FOIA)
- ☐ Other

**TAX SALE FORECLOSURE**
- ☐ Tax Sale Annual
- ☐ Tax Sale Bid Off

**VEHICLE**
- ☐ Personal Injury
- ☐ Property Damage

- ☐ **TRAFFIC ADJUDICATION APPEAL**
- ☐ **REQUEST FOR FOREIGN JUDGMENT**

_____
Filer/Attorney's Signature

9/21/2023
_____
Date

CV-496/February 2023

FILED
CIVIL DIVISION
SEP 21 2023
Superior Court of the
District of Columbia



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

**2023   5856**

Case No. _____

## MOTION FOR RESTRAINING ORDER

☑ **TEMPORARY RESTRAINING ORDER**
An emergency order that lasts 14 days

☑ **PRELIMINARY INJUNCTION**
An emergency order that lasts until trial

Lillian Johnson
**PLAINTIFF**

vs

Jesse Hooks
**DEFENDANT**

801 Sligo Ave      #403
**Address (No Post Office Boxes)**

2 Massachusetts Avenue
**Address (No Post Office Boxes)**

Silver Spring MD    20910
**City      State      Zip Code**

Washington DC    20002
**City      State      Zip Code**

202-809-9748
**Telephone Number**

202 633 5550 / 202 633 4835
**Telephone Number**

JLillianM@gmail.com
**Email Address (optional)**

Hooks1@si.edu
**Email Address (optional)**

1. Is there an emergency? If yes, what is the nature of that emergency? Include facts, name(s), and location(s).

   Yes! I work with loaded weapons and I am being pushed and assaulted by my sergeant. I do not want to get hurt with a gun or assaulted by him again. He has already used his Body & a table to assault me, I do not want to give him

2. Plaintiff requests that the Court order the Defendant(s) to: another opportunity to assault me

   I the plaintiff am requesting that the Court order the defendant Jesse Hooks to stay away from me and do not contact me. We work in two separate buildings that rotate

*The following questions are optional and can be helpful to the Court.*

A.  What is the relationship between Plaintiff and Defendant?

☐ Landlord & Tenant                       ☐ Family

☐ Dating relationship or child in common  ☐ Friends or former friends

☐ Neighbors                               ☐ No relationship

☑ Co-Workers                              ☐ Other (explain):

_____

_____

_____

_____

B.  Were the police contacted about the incident?

☑ Yes                                     ☐ No

C.  Was anyone arrested?

☐ Yes                                     ☑ No

If yes, provide the name of the individual(s) arrested:

_____

_____

D.  Are there any **prior** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

☐ Yes                                     ☑ No

If yes, provide the case number(s) and location of the other court(s):

_____

_____

_____

2



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Lillian Johnson _____ *Plaintiff*

vs.

Jesse Hooks _____ *Defendant*

Case No. **2 0 2 3   5 8 3 6**

and I cannot predict when they will schedule
us in the buildings. Please have Jesse Hooks
stay away from me at the Anacostia Museum
and at the National Postal museum. Please
Keep him away from me at all Smithsonian
Museums

E.  Are there any **ongoing** cases involving Plaintiff and Defendant in the Superior Court of the District of Columbia, or any other court(s)?

☐ Yes                              ☑ No

If yes, provide the case number(s) and location of the other court(s):

_____

_____

F.  Is there a written or oral lease agreement between Plaintiff and Defendant?

☐ Yes                              ☑ No

G.  Is there an eviction pending?

☐ Yes                              ☑ No

If yes, provide the eviction date and explain:

_____

_____

H.  Does this case involve a foreclosure?

☐ Yes                              ☑ No

If yes, explain the status of the case:

_____

_____

_____

I.  Does this case involve students attending the same school?

☐ Yes                              ☑ No

If yes, explain:

_____

_____

_____

3

State any other information, of which the Court should be aware:

I am in an extremely toxic work environment, where my coworkers fight with weapons on, in a room full of weapons (called the arms room), where woman are sexually assaulted, where workers are harrassed, nothing gets done about it! Please grant me a ~~restraing~~ restraining order and help at least one person be protected from this toxic environment, I am already being assaulted, forced to work with him,

**SIGNATURE**

_____          9/21/2023
**SIGNATURE**                                                **DATE**


## CERTIFICATE OF SERVICE

On _____, 20____, I mailed this motion to all the lawyers in the case, the Plaintiff(s) and the Defendant(s) who do not have lawyers, as listed below:

| | |
|---|---|
| Name: Lillian Johnson | Name: |
| Address: 801 Sligo Ave # 403 | Address: |
| Silver Spring, MD 20910 | |

_____          9/21/2023
**SIGNATURE**                                                **DATE**


## POINTS AND AUTHORITIES

What legal basis – laws, regulations, court rules or decisions – do you want the judge to consider?

_____

_____

_____

_____          _____
**SIGNATURE**                                                **DATE**

4



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Case No. _____

_____          _____
PLAINTIFF                                   vs      DEFENDANT

## ORDER

Upon consideration of the motion for:   ☑ TEMPORARY RESTRAINING ORDER

                                         ☑ PRELIMINARY INJUNCTION

                                         ☐ _____

filed by _____

and after hearing argument on behalf of all parties concerned, it is, by the Court, this_____

day of _____ , 20_____

   **ORDERED:**

   (1) That the motion be, and it is hereby,   ☐ **GRANTED**      ☐ **DENIED**

   (2) That _____

_____

_____

_____

_____

_____

_____

_____

_____

Copies to:

                                         _____
                                                        Judge

Form CA-7 –545 [Rev. Nov. 2017]                 1



**Superior Court of the District of Columbia**
**Civil Division - Civil Actions Branch**
**500 Indiana Ave NW, Room 5000, Washington DC 20001**
**202-879-1133 | www.dccourts.gov**

**Case Number:** 2023-CAB-005836

**Case Caption:** Lillian K Johnson v. Jesse Hooks

## INITIAL ORDER

| Initial Hearing Date: | Initial Hearing Time: | Courtroom Location: |
|---|---|---|
| Friday, 01/05/2024 | 9:30 AM | Remote Courtroom 415 |
| **Please see attached instructions for remote participation.** | | |

| Your case is assigned to Associate Judge Danya A Dayson. |
|---|

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:

1) This case is assigned to the judge and calendar designated above. All future filings in this case shall bear the calendar number and judge's name along with the case number in the caption.

2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of the summons, the complaint, and this Initial Order. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4.

3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

4) At the time stated below, all counsel and unrepresented parties shall participate in a hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients before the hearing whether the clients are agreeable to binding or non-binding arbitration. This order is the only notice that parties and counsel will receive concerning this hearing.

5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference once, with the consent of all parties, to either of the two succeeding days when the calendar is called. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date. No other continuance will be granted except upon motion for good cause shown.

6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Anita M. Josey-Herring

**To Join by Computer, Tablet, or Smartphone:**

1) Copy and Paste or Type the link into a web browser and enter the Webex Meeting ID listed below.

   Link: dccourts.webex.com/meet/ctb415

   Meeting ID: 129 314 3475

2) When you are ready, click "Join Meeting".
3) You will be placed in the lobby until the courtroom clerk gives you access to the hearing.


**Or to Join by Phone:**

1) Call 202-860-2110 (local) or 844-992-4726 (toll-free)
2) Enter the Webex Meeting ID listed above followed by "##"


**Resources and Contact Information:**

1) For best practices on how to participate in Webex Meetings, click here https://www.webex.com/learn/best-practices.html.
2) For technical issues or questions, call the Information Technology Division at 202-879-1928 and select option 2.
3) For case questions, call the Civil Actions Branch Clerk's Office at 202-879-1133.

## ACCESSIBILITY AND LANGUAGE ACCESS

### Persons with Disabilities:

If you have a disability as defined by the American Disabilities Act (ADA) and you require an accommodation, please call 202-879-1700 or email ADACoordinator@dcsc.gov . The D.C. Courts does not provide transportation service.

### Interpreting and Translation Services:

The D.C. Courts offers free language access services to people having business with the court who are deaf or who are non-English speakers. Parties to a case may request free translations of court orders and other court documents. To ask for an interpreter or translation, please contact the Clerk's Office listed for your case. For more information, visit https://www.dccourts.gov/language-access.

### Servicios de interpretación y traducción:

Los Tribunales del Distrito de Columbia ofrecen servicios gratuitos de acceso al idioma a las personas sordas o que no hablan inglés que tienen asuntos que atender en el tribunal. Las partes de un caso pueden solicitar traducciones gratuitas de las órdenes judiciales y otros documentos del tribunal. Para solicitar un intérprete o una traducción, póngase en contacto con la Secretaría de su caso.

Para más información, visite https://www.dccourts.gov/language-access.

El acceso al idioma es importante para los Tribunales del Distrito de Columbia. Puede dar su opinión sobre los servicios de idiomas visitando https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access.

### የቃልና የጽሑፍ ትርጓሜ አገልግሎቶች፦

የዲ.ሲ ፍርድ ቤቶች መስማት ለተሳናቸውና የእንግሊዝኛ ቋንቋ ተናጋሪ ላልሆኑ በፍርድ ቤቱ ጉዳይ ላላቸው ሰዎች ነጻ የቋንቋ ተደራሽነት አገልግሎቶች ያቀርባሉ። ተከራካሪ ወገኖች የፍርድ ቤት ትእዛዞችና ሌሎች የፍርድ ቤት ሰነዶች በነጻ እንዲተረጎሙላቸው መጠየቅ ይችላሉ። የቃል ወይም የጽሑፍ ትርጓሜ ለመጠየቅ እባክዎን በመዝገብዎ የተዘረዘሩትን የጽህፈ ቢሮ (ክለርክ'ስ ኦፊስ) ያናግሩ። ለተጨማሪ መረጃ https://www.dccourts.gov/language-access ይጎብኙ፦

የቋንቋ ተደራሽነት ለዲ.ሲ. ፍርድ ቤቶች አስፈላጊ ነው። የቋንቋ አገልግሎቶች በተመለከተ አስተያየትዎን https://www.dccourts.gov/services/information-and-resources/interpreting-services#language-access በመጎብኘት መስጠት ይችላሉ።

# Tips for Attending Remote Hearings - Civil Division

*Your court hearing may be held remotely. This means that you will participate by phone or by video conference instead of coming to the courthouse. Here are some tips on how to prepare.*

## How do I know if I have a remote hearing?

The Court will contact you to tell you that your hearing is remote. They may contact you by sending you an email, letter in the mail, or by calling you.



## How do I take part in a remote hearing?

The Court will give you step-by-step instructions on how to take part in the remote hearing.

If you lose your written notice, call the Civil Actions Clerk's Office for instructions at:

📞 202-879-1133

## Is there anything that I should do before the day of the hearing?

- Let the court know immediately if you cannot join a hearing because you do not have a phone or computer.

   Civil Actions Clerk's Office: 202-879-1133

- You may want to contact an attorney for legal help.

- You can also find the list of legal services providers at dccourts.gov/coronavirus by clicking on the link that says, "List of Legal Service Providers for Those Without an Attorney."

- Evidence: if you want the judge to review photos or documents, ask the judge how to submit your evidence.

- Witnesses: tell the judge if you want a witness to testify at your hearing.

- Accommodations & Language Access: let the court know if you need an interpreter or other accommodation for your hearing.

## Tips for the Hearing



- Join the hearing a few minutes early!

- Charge your computer or phone and make sure you have enough minutes to join the call. Find a private and quiet space. If possible, be alone in a room during the hearing. Try to limit distractions as much as possible. If others are in the room with you, ask if they can be quiet during the hearing.

- Mute your microphone when you are not talking. Mute all sounds on your phone or computer.

- Say your name before you speak so the record  is clear. Be prepared to identify your role in the hearing (e.g., observer, plaintiff, defendant, witness, etc.).

- Speak slowly and clearly so everyone hears what you are saying.

- Pause before speaking in case there is a lag. Use a headset or headphones if you can. This will free up your hands and sound better.

- Try not to talk over anyone else. Only one person can speak at a time. If you talk while someone else is talking, the judge will not be able to hear you.

- Have all your documents for the hearing in front of you. Have a pen and paper to take notes.

- If you are not ready for your hearing or want to speak with an attorney, you can ask the judge to postpone your hearing for another date.

- If your sound or video freezes during the hearing, use the chat feature or call the Clerk's Office to let them know that you are having technical issues.

## Special Tips for Video Hearings (Click here for more information)

- Download the court's hearing software, WebEx, in advance and do a test run! The Court will provide you with a WebEx link in advance of the hearing.

- Set up the camera at eye level. If you are using your phone, prop it up so you can look at it without holding it.

- Look at the camera when you speak and avoid moving around on the video.

- Wear what you would normally wear to court.

- Sit in a well-lit room with no bright lights behind you.

- If possible, find a blank wall to sit in front of. Remember the judge will be able to see everything on your screen, so pick a location that is not distracting.



# District of Columbia Courts

# Tips for Using DC Courts Remote

The DC Courts have **remote hearing sites** available in various locations in the community to help persons who may not have computer devices or internet service at home to participate in scheduled remote hearings.  The Courts are committed to enhancing access to justice for all.

There are six remote access sites throughout the community which will operate: **Monday – Friday, 8:30 am – 4:00 pm.**

### The remote site locations are:

| | |
|---|---|
| **Remote Site - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, S<br>Washington, DC 20003 | **Remote Site - 4**<br>Balance and Restorative Justice Center<br>hode Island Avenue, NE<br>ngton, DC 20018 |
| **Remote Site - 2**<br>Balance and Restorative Jus<br>Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Remote Site - 5**<br>es Center<br>14th Street, NW, 2nd Floor<br>nunity Room<br>iington, DC 20009 |
| **Remote Site - 3**<br>Balance and Restorative Jus<br>Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Remote Site - 6**<br>es Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*** No walk-ins at this location*** |




If you want to use a remote site location for your hearing, call **202-879-1900** or email DCCourtsRemoteSites@dcsc.gov **at least 24 hours before your hearing to reserve a remote access computer station**.  If you require special accommodations such as an interpreter for your hearing, please call **202-879-1900 at least 24 hours in advance of your hearing so the Courts can make arrangements**.

**\*You should bring the following items when you come to your scheduled site location\***

1. Your **case number** and any **hyperlinks** provided by the Courts for your scheduled hearing.
2. Any documents you need for the hearing (evidence), including exhibits, receipts, photos, contracts, etc.
3. Materials for notetaking, including pen and paper.

**\*Safety and security measures are in place at the remote sites.**

**Contact information to schedule your remote access computer station:**
Call:  **202-879-1900**
Email:  DCCourtsRemoteSites@dcsc.gov



# Tribunales del Distrito de Columbia
## Consejos para usar los sitios de audiencia remota de los Tribunales de DC

Los Tribunales de DC disponen de **sitios de audiencia remota** en distintos centros de la comunidad para ayudar a que las personas que no tienen dispositivos informáticos o servicio de Internet en su casa puedan participar en audiencias remotas programadas. Los Tribunales honran el compromiso de mejorar el acceso de toda la población a la justicia.

En toda la comunidad hay seis sitios de acceso remoto que funcionarán de **lunes a viernes, de 8:30 am a 4:00 pm**.

Los centros de acceso remoto son:



| | |
|---|---|
| **Sitio Remoto - 1**<br>Balance and Restorative Justice Center<br>1215 South Capitol Street, SW<br>Washington, DC 20003 | **Sitio Remoto - 4**<br>Balance and Restorative Justice Center<br>920 Rhode Island Avenue, NE<br>Washington, DC 20018 |
| **Sitio Remoto - 2**<br>Balance and Restorative Justice Center<br>1110 V Street, SE<br>Washington, DC 20020 | **Sitio Remoto - 5**<br>Reeves Center<br>2000 14th Street, NW, 2nd Floor<br>Community Room<br>Washington, DC 20009 |
| **Sitio Remoto - 3**<br>Balance and Restorative Justice Center<br>118 Q Street, NE<br>Washington, DC 20002 | **Sitio Remoto - 6**<br>Reeves Center<br>2000 14th Street, NW, Suite 300N<br>Office of the Tenant Advocate<br>Washington, DC 20009<br>*No se puede entrar sin cita previa* |

Si desea usar un sitio remoto para su audiencia, llame al **202-879-1900** o envíe un mensaje de correo electrónico a DCCourtsRemoteSites@dcsc.gov **al menos 24 horas antes de la audiencia, para reservar una estación de computadora de acceso remoto. Si** necesita adaptaciones especiales, como un intérprete para la audiencia, llame **al 202-879-1900 al menos 24 horas antes de la audiencia para que los Tribunales puedan hacer los arreglos necesarios.**

**\*Cuando concurra al sitio programado debe llevar los siguientes artículos\***

1. Su **número de caso** y todos los **hipervínculos** que le hayan proporcionado los Tribunales para la audiencia programada.

2. Cualquier documento que necesite para la audiencia (prueba), incluidos documentos probatorios, recibos, fotos, contratos, etc.

3. Materiales para tomar nota, como papel y lápiz.

**\*Los sitios de acceso remoto cuentan con medidas de seguridad y protección.**

Información de contacto para programar su estación de computadora de acceso remoto:
Teléfono: **202-879-1900**
Correo electrónico: DCCourtsRemoteSites@dcsc.gov

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION
Judge-in-Chambers

LILIAN R JOHNSON,
    Plaintiff,

v.

JESSE HOOKS,
    Defendant.

Case No. 2023 CAB 5836
NEXT EVENT:
TRO Hearing
10/16/23, 9:30 AM
Judge-in-Chambers

## SCHEDULING ORDER

The Court issues this Scheduling Order to set a hearing on plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction. The hearing on plaintiff's Motion will be set for the 16th of October 2023 at 9:30 AM. Plaintiff should ensure that the defendant is served this Order and the attached instructions to join the remote hearing, along with plaintiff's motion, in accordance with the rules of service enclosed in the Civil Division Handbook. Furthermore, plaintiff should provide a completed affidavit of service prior to the hearing.

Therefore, it is this 22nd day of September 2023, hereby

**ORDERED** that a hearing on plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction shall be set at 9:30 AM on the 16th day of October 2023; and it is further

**ORDERED** that plaintiff shall serve defendant with notice of the hearing, instructions to join the remote hearing, and plaintiff's Motion; and it is further

**ORDERED** that plaintiff shall file proof of service prior to the hearing.

Zinora M Mitchell-Rankin
_____
Zinora Mitchell-Rankin, Senior Judge
Sitting in Judge-in-Chambers

Copies to:

Lilian R Johnson
801 Sligo Ave
APT 403
Silver Spring, MD 20910
Plaintiff

Jesse Hooks
2 Massachusetts Ave
Washington, DC 20002
Defendant

# Civil Remote Hearing Instructions for Participants

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in the **Remote Courtroom 400.**

When connecting to the WebEx System, there are several options to connect to the court hearing remotely. Please follow the instructions below:

**AUDIO ONLY:** **(Dial-in by Phone)**

  **1.** Dial the toll free number: 1 (844) 992-4726 or (202) 860-2110
  **2.** Meeting ID: **129 339 7379#,** press # again to enter session.

  - *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and Meeting ID provided and the courtroom clerk will mute your call until the appropriate time*

If you use the Laptop/Desktop Options, use the **Audio Alternative** *

**LAPTOP/DESKTOP USERS:**

**Option 1:**

  **1.** Open Web Browser in Google Chrome
  **2.** Copy and paste the following address: https://dccourts.webex.com/meet/ctb400

          **OR**
**Option 2:**

  **1.** Open Web Browser in Google Chrome
  **2.** Copy and paste the following address: https://dccourts.webex.com
  **3.** Select Join
  **4.** Enter the Meeting ID:  **129 339 7379**



**\*AUDIO ALTERNATIVE:**  Instead of automatically using **USE COMPUTER FOR AUDIO,** select **CALL-IN** and follow the **CALL-IN** prompt window.  Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **MEETING ID#** so that your audio is matched with your video.

**IPAD/SMARTPHONE/TABLET:**

  **1.** Go to App Store, Download WebEx App (Cisco WebEx Meetings)
  **2.** Sign into the App with your Name and Email Address

3. Select Join Meeting
4. Enter:  https://dccourts.webex.com/meet/ctb400
5. Click join and make sure your microphone is muted and your video is unmated (if you need to be seen). If you only need to speak and do not need to be seen, use the audio only option.
6. When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

For Technical Questions or Issues Call:
(202) 879-1928, Option 2



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## WASHINGTON, DC 20001

## AFFIDAVIT OF SERVICE

FILED
CIVIL DIVISION

OCT 1 3 2023

Superior Court of the
District of Columbia

IN RE: __Lillian Johnson__

PRINT FULL NAME                     PLAINTIFF (S)

-v-

__Jesse Hooks__

PRINT FULL NAME                     DEFENDANT

CASE NUMBER: __2023CAB005836__

I, __Lillian Johnson__, having been duly authorized to make service of the [ ] Motion for Temporary Restraining Order and Notice of Hearing [ ] Motion for Temporary Restraining Order, Complaint, Motion for Preliminary Injunction, Summons, Initial Order and Notice of Hearing in the above-captioned matter, hereby depose and say:

1.  That my age and Date of Birth are as follows: __29__ / __04 / 02 / 1994__

2.  That my residential or business address is: __801 Sligo Avenue # 403__
    __Silver Spring MD 20910__

3.  That __5:18pm__ AM/(PM) on the __23__ day of __September__

4.  ( ✓ ) I served the above __Jesse Hooks__ named defendant personally with a copy of the [ ] Motion for Temporary Restraining Order and Notice of Hearing [ ] Motion for Temporary Restraining Order, Complaint, Motion for Preliminary Injunction, Summons, Initial Order and Notice of Hearing at the following address: __1661 FORT PLACE__
    __Washington DC SE 20020__

OR

5.  ( ) I served the above _____ name defendant by leaving a copy of the [ ] Motion for Temporary Restraining Order and Notice of Hearing [ ] Motion for Temporary Restraining Order, Complaint, Motion for Preliminary Injunction, Summons, Initial Order and Notice of Hearing at the following address: _____
_____ with _____
_____ a person of approximately _____ years of age, who stated that he/she resides with the defendant.

I declare under penalty of perjury under the law of the District of Columbia that the foregoing is true and correct. Executed on this __23__ day of __September 2023__

SIGNATURE OF SERVER

BADGE NO: _____
PRECINCT: _____

MAY 2013—FORM A-JIC

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL DIVISION

OCT 1 3 2023

Superior Court of the
District of Columbia

Civil Action No. _2023CAB005836_

Plaintiff _Lillian Johnson_  vs  Defendant _Jesse Hooks_

## AFFIDAVIT OF SERVICE BY SPECIAL PROCESS SERVER

I, _Robert Youngblood_, age 18 or older, residing or working at _450  9th street  NW #C04 DC 20001_, am not a party and have no interest in this case. On _OCTOBER 8th_, 20 _23_, at _5:45_ AM/PM

**1.** I served a copy of the summons, complaint, initial order, and addendum if necessary, and any attachments as follows on **defendant**_____.

☑  Personally at _4227  Silver Hill Road  20746_
_Suitland, MD._

☐  By leaving said copy with_____, a person of suitable age and discretion, who stated that he/she resides with the defendant at

☐  By leaving said copy with_____at
He/She stated that they are authorized to accept service on behalf of the above defendant by statute or law and his/her official capacity is_____.

**2.** Below, you must set forth specific facts from which the Court can determine that process was served as indicated above and in compliance with SCR CIV 4, including a physical description (approximate age, height, weight) of any person on whom service was made:

_____
_____
_____

_Special Process Server_

Subscribed and sworn to before me this _8th_ day of _October_, 20 _23_.

_____          _____
**Notary Public / Deputy Clerk**          **My Commission Expires**

**NOTE:  A separate Affidavit of Service is required for each named Defendant**

Form CV-3035/Jun 2011