UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILLIAN R. JOHNSON,<br>     Plaintiff<br>v.<br>UNITED STATES OF AMERICA,<br>     Defendant. | Civil Action No. 23-3045 (CKK) |

**ORDER**
(February 27, 2024)

On December 22, 2023, Defendant filed a [8] Motion to Dismiss in the above-captioned case. Plaintiff is representing herself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise pro se plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice … should include an explanation that the failure to respond … may result in the district court granting the motion and dismissing the case." *Id*. at 509.

In accordance, this Court advises the Plaintiff that she must respond to Defendants' Motion by no later than **March 12, 2024**. If Plaintiff does not file a response, the Court will treat the motion as conceded and dismiss the case. Defendants may file a reply on or before **March 19, 2024**.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff's address of record.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge