# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LILLIAN R. JOHNSON, <br>      Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>      Defendant. | Civil Action No. 23-3045 (CKK) |

## ORDER
(July 15, 2024)

On December 22, 2023, Defendant filed a [8] Motion to Dismiss or, in the Alternative, for Summary Judgment. Plaintiff is proceeding in this case *pro se*. Accordingly, the Court issued an [9] Order advising Plaintiff that she must respond to Defendant's dispositive motion and advising her of the consequences of failing to do so, in accordance with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988). The Court ordered Plaintiff to file her response by March 12, 2024. *See* Order, ECF No. 9. As of the date of this Order, the public docket reflects that Plaintiff has not filed a response to Defendant's [8] Motion to Dismiss nor has Plaintiff filed a motion for extension of time to respond to Defendant's Motion. Accordingly, the Court shall treat Defendant's Motion to Dismiss as conceded and dismiss the case. *See* LCvR 7(b) ("If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.").

It is, this 15th day of July, 2024, hereby **ORDERED** that Defendant's [8] Motion to Dismiss or, in the Alternative, for Summary Judgment is **GRANTED**.

It is further **ORDERED** that this case shall be **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the Clerk of the Court shall mail a copy of this Order to Plaintiff's address of record.

**SO ORDERED.**

                                                        /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge